Form G-8

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In Re  Carol S. Anderson, et al.                )
                                                )
                                                )   Bankruptcy No.  13-38712
                                                )
              Debtor                            )   Chapter  11

## COVER SHEET FOR APPLICATION FOR PROFESSIONAL COMPENSATION
## (IN CASES UNDER CHAPTERS 7, 11 AND 12)

Name of Applicant:  CRANE, SIMON, CLAR & DAN, Debtors' Former Counsel

Authorized to Provide Professional Services to:  Debtors

Date of Order Authorizing Employment:  November 19, 2013 (Retroactive to October 1, 2013 for Carol); November 26, 2013 (Retroactive to October 24, 2013 for Mark)

Period for Which Compensation is Sought:
From  October 24, , 2013  through  November 16, , 2017

Amount of Fees Sought:  $ 288,990.50 (Final) including $184,878.50 for 9/1/2014 thru & including 11/16/2017

Amount of Expense Reimbursement Sought:  $ 7,233.29 (Final) including $3,789.33 for 9/1/2014 thru & including 11/16/2017

This is an:  Interim Application _____    Final Application  ✓

If this is *not* the first application filed herein by this professional, disclose as to all prior fee applications:

| Date Filed | Period Covered | Total Requested (Fees & Expenses) | Total Allowed (Fees & Expenses) | Fees & Expenses Previously Paid |
|---|---|---|---|---|
| 10/9/2014 | 10/24/13 to 8/31/14 | $107,555.96 | $107,555.96 | $107,555.96 |

Dated:  December 11, 2018                        /s/Arthur G. Simon
                                                  (Counsel)

(Rev 11/19/10)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 13-38712 |
| Carol S. Anderson, *et al.*, ) | (Jointly Administered and Substantively |
| ) | Consolidated) |
| ) | Hon. Jacqueline P. Cox |
| Debtors/Debtors-in-Possession. ) | Chapter 11 |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on the **9th day of January, 2019, at the hour of 9:30a.m.**, or as soon thereafter as counsel can be heard, I shall appear before the Honorable Jacqueline P. Cox, Bankruptcy Judge, in Room 680 of the United States Bankruptcy Court in the Everett McKinley Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, or before any other Judge who may be sitting in her place and stead and shall present the Motion for Allowance of Final Compensation and Reimbursement of Expenses to Debtors' Former Counsel, a copy of which is attached hereto and herewith served upon you, and shall pray for the entry of an Order in compliance therewith.

AT WHICH TIME and place you may appear if you so see fit.

/s/Arthur G. Simon
Crane, Simon, Clar & Dan
135 S. LaSalle St., Suite 3705
Chicago, Illinois 60603
(312) 641-6777

## CERTIFICATE OF SERVICE

The undersigned, being first duly sworn on oath deposes and states that he caused a copy of the foregoing Notice and attached Motion, as well as a copy of the Notice regarding the Fee Hearing, to be served on certain parties (where asterisked) via the Court's Electronic Filing System ("ECF") (where indicated) or by first class U.S. Mail, postage prepaid (where indicated) and a copy of the Notice regarding the fee hearing to all other parties on the attached service list via First Class U.S. Mail postage pre-paid, on the 11th day of December, 2018 before the hour of 5:00 p.m.

/s/Arthur G. Simon

Service List

**Via ECF**

- **Howard L. Adelman**    hla@ag-ltd.com, dbaird@ag-ltd.com
- **Kevin Besetzny**    kbesetzny@besetznylaw.com
- **Saskia N Bryan**    sbryan@llflegal.com
- **Erich S Buck**    ebuck@ag-ltd.com, aweir@ag-ltd.com
- **Matthew M. Hevrin**    mhevrin@hinshawlaw.com, ryoung@hinshawlaw.com
- **Allison Hudson**    ahudson@vedderprice.com, ecfdocket@vedderprice.com
- **Ronald J. Kapustka**    ndaily@ksnlaw.com, bankruptcy@ksnlaw.com
- **Patrick S Layng**    USTPRegion11.ES.ECF@usdoj.gov
- **Caren A Lederer**    calederer@gct.law, mperez@gct.law,stasciotti@gct.law,tstephenson@gct.law,aleon@gct.law
- **Katherine Musbach**    kmusbach@gordonrees.com, dpocica@gordonrees.com
- **Marc S Reiser**    mreiser@shawfishman.com, mlites@shawfishman.com
- **Regina Ripley**    rripley@gordonrees.com, dpocica@gordonrees.com
- **Brian L Shaw**    bshaw@foxrothschild.com, cknez@foxrothschild.com
- **Ariel Weissberg**    ariel@weissberglaw.com, Hava@weissberglaw.com;sarah@weissberglaw.com;anna@weissberglaw.com
- **Brian P Welch**    bwelch@burkelaw.com, gbalderas@burkelaw.com
- **David K Welch**    dwelch@burkelaw.com, gbalderas@burkelaw.com;bwelch@burkelaw.com;welchdr67393@notify.bestcase.com

**Via U.S. Mail**

Carol and Mark Anderson*
2787 Sand Dune Shore
Baileys Harbor, WI 54202

Kevin S Besetzny*
444 N Michigan Avenue
Suite 2600
Chicago, IL 60611

Gloria C. Tsotsos*
Codilis & Assiciates PC
15W030 N. Frontage Rd., Ste. 100
Burr Ridge, IL 60527

Harry C. Lee*
321 N. Clark St., Suite 900
Chicago, IL 60654

Kovitz Shifrin Nesbit
33 N. Dearborn, Ste. 1910
Chicago, IL 60602

Allen Lattof and Janet Lattof
151 West Wing Street, Unit 901
Arlington Heights, Illinois, 60005

Cornelius P. Brown
Cohon Raizes & Regal LLP
208 S. LaSalle St., Ste. 1860
Chicago, IL 60604

BMO Harris B,k, N.A. f/k/a Harris N.A
to The Federal Dep Insurance Corp
Amcore Bk -c/o Matthew M. Hevrin
Hinshaw & Culbertson LLP
100 Park Avenue,
Rockford, IL 61101

BMO Harris Bank
111 W Monroe St
Chicago, IL 60603

Bob Gagan
Calwarts, Duffy, Gagan & Erdman
The Pine Street, PO Box 488
Green Bay, WI 54305

Cellcom Wisconsin RSA10
PO Box 7054
De Pere, WI 54115-7054

Cook County Treasurer
118 N Clark, Suite 112
Chicago, IL 60602

Dennis Hesse
1039 East Jules
Arlington Heights, IL 60004

Eric Dorkin
Clark Hill
150 N Michigan Ave Suite 2700
Chicago, IL 60601

Ford Motor Credit Corporation
PO Box 6275
Dearborn, MI 48121

Frank Pavlica
1628 W Colonial Parkway
Suite 100
Palatine, IL 60067-1228

Greg Trapani
669 Middleton
Fontana, WI 53125

Home State Bank
40 Grant Street
PO Box 1738
Crystal Lake, IL 60039-1738

Jordon Kaiser
Walter Kaiser
505 N Lake Shore Dr Apt 1411
Chicago, IL 60612

Kenneth W Anderson Trust
c/o Susan A Matzen
1219 Glenoak
Northbrook, IL 60062

Lindsey A Perry
576 E Avenue
Coronado, CA 92118

Mid Counties Development, Inc
c/o The Waggoner Law Firm PC
Four North Walkup Avenue
Crystal Lake, IL 60014

Peoples Bank
41 S Vail
Arlington Heights, IL 60005

Peter Connolly
2225 S Derbyshire Lane
Arlington Heights, IL 60004

Rick Fugiel
200 Souwanas Trail
Algonquin, IL 60102

Tom Palmer
Meltzer Purtill & Stelle
1515 W Woodfield, Second Fl
Schaumburg, IL 60173

Village of Arlington Heights
33 South Arlington Heights Road
Arlington Heights, IL 60005

WELLS FARGO BANK, N.A.
Wells Fargo Home Mortgage
Attn Bankruptcy Dept MAC #D3347-014
3476 Stateview Blvd.
Fort Mill, SC 29715

Wells Fargo Home Mortgage
PO Box 14411
Des Moines, IA 50306-3411

Wildwood, LLC
c/o Susan A Matzen
1219 Glenoak
Northbrook, IL 60062

Wing Street of Arlington Heights
Condo Association
151 West Wing Street #902
Arlington Heights, IL 60005

Internal Revenue Service
Mail Stop 5014CHI
230 S. Dearborn Street, Room 2600
Chicago, IL 60604-1705

Dept. of Treasury
IRS
P.O. Box 7346
Philadelphia, PN 19101-7346

Banbury Properties, LLC
75 Lochleven Lane
Inverness, IL 60067-4884

Ayad M. Nahlawi
Jeffrey H. Bunn
Latimer Levay Gycck, LLC
55 W. Monroe St. Suite 1100
Chicago, IL 60603

Ford Motor Credit
P.O. Box 62180
Colorado Spring, CO 80962-2180

The Peoples' Bank of Arlington Heights
c/o Golan & Christie LLP
70 W. Madison Street, Suite 1500
Chicago, IL 60602-4265

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) Case No. 13-38712 |
| Carol S. Anderson, *et al.*, | ) (Jointly Administered and Substantively |
| | ) Consolidated) Chapter 11 |
| Debtors/Debtors-in-Possession. | ) Hon. Jacqueline P. Cox |

## NOTICE OF HEARING ON MOTION FOR FINAL ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES TO DEBTORS' FORMER COUNSEL

TO ALL CREDITORS AND PARTIES IN INTEREST:

PLEASE TAKE NOTICE that on December 11, 2018, the law firm of Crane, Simon, Clar & Dan, former counsel for the Debtors, filed a Motion for Final Allowance of Compensation and Reimbursement of Expenses (the "CSCD Motion"), requesting the sum of $288,990.50 for legal services rendered to the Debtors for the period commencing October 24, 2013 through and including November 16, 2017, plus costs advanced for the same period in the sum of $7,233.29, which includes the amount of $184,878.50 and $3,789.33 respectively for legal services rendered to the Debtors during the period September 1, 2014 through November 16, 2017.

PLEASE TAKE FURTHER NOTICE that any person objecting to the CSCD Motion, is directed to file their objection(s) in writing with the Clerk of the United States Bankruptcy Court, 219 South Dearborn Street, Chicago, Illinois 60604, on or before the hour of 4:30 p.m., on the **4th day of January, 2019**, with a copy of said objection(s) to be simultaneously served upon Arthur Simon, Crane, Simon, Clar & Dan, 135 South LaSalle, Suite 3705, Chicago, Illinois 60603.

PLEASE TAKE FURTHER NOTICE that a hearing on the CSCD Motion, together with objections timely filed, if any, will be held before the Honorable Jacqueline Cox, Bankruptcy Judge, Courtroom No.680, 219 South Dearborn Street, Chicago, Illinois, on the **9th day of January, 2019, at the hour of 9:30 a.m.**, at which time and place you may appear if you so see fit.

DATED: December 11, 2018

**DEBTORS' FORMER COUNSEL:**
Arthur G. Simon, Esq.(Atty. No. 03124481)
Jeffrey C. Dan. Esq. (Atty. No. 06242750)
Crane, Simon, Clar & Dan
135 South LaSalle Street, Suite 3705, Chicago, IL 60603
TEL: (312) 641-6777 FAX: (312) 641-7114
W:\AGS\Anderson, Carol - C.11\Final Fee CSCD.NOT.docx

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 13-38712 |
| Carol S. Anderson, *et al.*, ) | (Jointly Administered and Substantively |
| ) | Consolidated) |
| ) | Hon. Jacqueline P. Cox |
| Debtors/Debtors-in-Possession. ) | Chapter 11 |

**MOTION FOR FINAL ALLOWANCE OF COMPENSATION AND
REIMBURSEMENT OF EXPENSES TO DEBTORS' FORMER COUNSEL**

Arthur G. Simon, Jeffrey C. Dan and the law firm of Crane, Simon, Clar & Dan ("CSCD"), former counsel to Carol S. Anderson ("Carol") and Mark R. Anderson ("Mark"), Debtors and Debtors-in-Possession herein (collectively, "Debtors"), make their Motion pursuant to Section 330 of the Bankruptcy Code for Allowance of Final Compensation and Reimbursement of Expenses for legal services rendered and expenses incurred, including those rendered and incurred during the period September 1, 2014 through November 16, 2017, and in support thereof, state as follows:

**Introduction**

1. On October 1, 2013, an Involuntary Petition for relief under Chapter 7 of the Bankruptcy Code was filed against Carol. On November 12, 2013, an Order for Relief was entered in Carol's bankruptcy case pursuant to Chapter 11 of the Bankruptcy Code as requested by Carol in her Motion to Convert Case to Chapter 11.

2. On October 24, 2013, an Involuntary Petition for relief under Chapter 7 of the Bankruptcy Code was filed against Mark, who is Carol's spouse. On November 19, 2013, an Order for Relief was entered in Mark's bankruptcy case pursuant to Chapter 11 of the Bankruptcy Code as requested by Mark in his Motion to Convert Case to Chapter 11.

1

3. On or about December 3, 2013, this Court entered an Order granting the Motions of Carol and Mark for Joint Administration of their two Chapter 11 bankruptcy cases. On or about March 4, 2014, this Court entered Orders granting the Motions of Carol and Mark for Substantive Consolidation of their two Chapter 11 bankruptcy cases.

4. The Debtors are operating their businesses and managing their financial affairs as Debtors-in-Possession. No trustee, examiner or committee of unsecured creditors has been appointed to serve in these reorganization cases.

5. On November 19, 2013, this Court entered an Order authorizing Carol to retain Crane, Heyman, Simon, Welch & Clar ("CHSWC") as her counsel in her Chapter 11 case retroactive to October 1, 2013, with compensation subject to further Order of this Court.

6. On November 26, 2013, this Court entered an Order authorizing Mark to retain CHSWC as his counsel in his Chapter 11 case retroactive to October 24, 2013, with compensation subject to further Order of this Court.

7. On November 6, 2017, David K. Welch, resigned from CHSWC and the law firm was renamed Crane, Simon, Clar & Dan. On November 16, 2017, the attorneys at CSCD withdrew as counsel for the Debtors pursuant to Order of this Court. David K. Welch continues to act as counsel for the Debtors.

8. By this Motion, CSCD requests an allowance of final compensation and reimbursement of expenses in the aggregate amounts of $288,990.50 and $7,233.29, respectively, for legal services rendered to the Debtors during the period October 24, 2013, through November 16, 2017, which would include the amounts of $184,878.50 and $3,789.33, respectively for legal services rendered to the Debtors during the period September 1, 2014 through November 16, 2017. The itemizations of the legal services rendered and expenses

incurred during the period September 1, 2014 through November 16, 2017 are attached to this Motion as Exhibits A, B, C, D, E and F, respectively.[1]

9. CSCD has received one prior allowance of interim compensation and expenses pursuant to an Order dated November 4, 2014, in these Chapter 11 cases, in the aggregate amounts of $104,112.00 and $3,443.96 for the period October 24, 2013 through August 31, 2014. ("First Allowance"). The pre-petition retainer of $50,000[2] received by CSCD was applied by CSCD to the First Allowance. The balance of the allowed fees and expenses in the amount of $57,555.96 has been paid by the Debtors since the First Allowance.

10. This Court has jurisdiction over this matter pursuant to 28 U.S.C. Sections 157 and 1334. This matter is a "core" proceeding within the meaning of 28 U.S.C. Section 157(b)(2)(A) and (O).

11. The statutory predicates for the relief requested in this Motion are Section 330 of the Bankruptcy Code, Rules 2002(a) and 2016(a) of the Federal Rules of Bankruptcy Procedure and Local Rule 5082-1.

**Relevant Factual Background**

12. On or about May 8, 2013, and September 5, 2013, judgments were entered in favor of Allen Lattof and Janet Lattof ("Lattofs") and against the Debtors in the Circuit Court of Cook County, Illinois in case No. 09 M3 2867, in the amounts of $709,457.84 and $246,691.47, respectively ("Lattof Judgments").

---

[1] For the balance of this Motion, CSCD will be defined to include CHSWC.
[2] Prior to the entry of the Order for Relief in Carol's case, CSCD was paid $25,000 by Carol as an advance payment retainer for her representation in her Chapter 11 case and matters relating thereto. Also, prior to the entry of the Order for Relief in Mark's case, CSCD was paid $25,000 by Mark as an advance payment retainer for his representation in his Chapter 11 case and matters relating thereto.

3

13. On July 18, 2013 and October 4, 2013, respectively, the Debtors filed Notices of Appeal, from the Lattof Judgments, which appeals were pending in the Illinois Appellate Court for the First District prior to and after the initiation of these Bankruptcy cases.

14. Pursuant to the Lattof Judgments, on or about September 3, 2013, September 13, 2013 and September 14, 2013, numerous citation notices were filed by the Lattofs in the Circuit Court of Cook County, Illinois, which were purportedly served on the Debtors and numerous other parties prior to the filing of the Involuntary Petitions in these cases. The service of the citation notices may have created certain liens on the Debtors' personal property pursuant to Illinois law.

15. On or about June 21, 2013, the transcript of the May 8, 2013 judgment in the amount of $709,457.84, was purportedly filed by the Lattofs with the Circuit Court of Door County, Wisconsin. On or about July 5, 2013, a supplementary proceeding was purportedly initiated against the Debtors in that Court, which may have created certain liens on the Debtors' personal property pursuant to Wisconsin law. In addition, on or about July 31, 2013, the Lattofs purportedly filed an Execution Against Property with the Register of Deeds for Door County, Wisconsin, which may have created certain liens on the Debtors' personal property pursuant to Wisconsin law.

16. The Debtors and the Lattofs were embroiled in litigation and discovery in this Court with respect to several issues that were resolved by a Settlement Agreement approved by this Court.

17. There is also an appeal pending in the Seventh Circuit Court of Appeals with respect to the disputed claim of BMO Harris.

**Final Compensation and Expenses Requested**

18. CSCD is a law firm whose practice is almost exclusively concentrated in the fields of bankruptcy, reorganization and insolvency. CSCD is currently comprised of five (5) partners, and one (1) "of counsel" attorney, some of whom have participated in representing the Debtors in these consolidated bankruptcy cases.

19. The following is biographical information pertaining to the attorneys who had been primarily involved in the representation of the Debtors. Other attorneys at CSCD have also participated to a lesser extent in these Chapter 11 cases. Each such attorney has significant experience and expertise in bankruptcy, reorganization and litigation matters.

20. David K. Welch is a former partner of the law firm and has been practicing law in the State of Illinois since 1982. His practice has always been primarily concentrated in the fields of bankruptcy, insolvency and debtor's and creditor's rights. He has represented debtors, trustees, creditors' committees, secured creditors, unsecured creditors and equity holders. From October, 1979, through June 1982, he served as Deputy Chapter 13 Trustee in the Northern District of Illinois under Craig Phelps, Chapter 13 Trustee. He has authored manuscripts for the Illinois institute of Continuing Legal Education on matters involving bankruptcy and insolvency. He has lectured at seminars relating to bankruptcy issues at the Chicago Bar Association. He has served as a member of the Bankruptcy Mediation Panel Sub-Committee of the Chicago Bar Association. Furthermore, in conjunction with his financial mediation and negotiation training, he has completed a course sponsored by the National Institute for Trial Advocacy in conjunction with Northwestern University. He is a member of the Federal Trial Bar and is admitted to practice before the United States Courts of Appeals for the Seventh and Third Circuits, and before the United States District Courts for the Northern and Central Districts of Illinois, the

Northern District of Indiana and the Eastern District of Wisconsin. He is a member of several other bar associations and legal organizations. He was formerly a member of the Standing Committee of the Illinois State Bar Association on Liaison with the Attorney Registration and Disciplinary Commission. Mr. Welch is the former Chairman of the Chicago Bar Association Committee on Bankruptcy and Reorganization is a former member of the Advisory Board of the American Bankruptcy Institute, and is the former Vice Chair of the Bankruptcy Court Liaison Committee.

21.    Arthur G. Simon is a partner in the law firm of Crane, Simon, Clar & Dan, and has been practicing law since 1979 when he graduated from the Loyola University of Chicago, School of Law. Mr. Simon has been admitted to practice law in the state courts of Illinois, in the United States Courts of Appeals for the Third and Seventh Circuits, and in the United States District Courts for the Northern and Central Districts of Illinois, the Eastern District of Wisconsin and the Northern District of Indiana.

Beginning in 1981, he became engaged almost exclusively in the practice of bankruptcy and insolvency litigation and has represented virtually every type of party in such matters, including Chapter 7 and Chapter 11 debtors, secured creditors, landlords, trustees, and creditors' committees. His activities have included membership in the Chicago Bar Association Committee on Bankruptcy and Reorganization. He has served as the Editor of the Advance Sheets provided by said Committee. In that capacity, he reported the rulings and opinions of the Bankruptcy Judges in the Northern District of Illinois to the Bankruptcy Committee members of the Chicago Bar Association. He served for several years on the Commercial, Banking and Bankruptcy Section Council of the Illinois State Bar Association for whom he has published several articles, and also served on the General Assembly of that Association.

22. Jeffrey C. Dan is a partner in the law firm of Crane, Simon, Clar & Dan and has been practicing law in the State of Illinois since 1997, after graduation from DePaul University School of Law. He has practiced as a trial attorney in a number of areas of the law including personal injury, domestic relations, criminal law and commercial litigation. Mr. Dan joined the firm in September of 2002 and has been actively involved in all aspects of bankruptcy litigation as well as State Court litigation that arises in insolvency matters. Mr. Dan is admitted to practice in the United States Courts of Appeals for the Seventh and Third Circuits, and the United States District Courts for the Northern and Central Districts of Illinois, Northern District of Indiana, and the Eastern District of Wisconsin, and is a member of the Federal Trial Bar. He has served on the Commercial Banking and Bankruptcy Section Council of the Illinois State Bar Association and has lectured on bankruptcy topics for the American Bankruptcy Institute and Chicago Volunteer Legal Services.

23. The following is a chart that depicts the total hours that each attorney at CSCD expended in representing the Debtors during the period September 1, 2014 through November 16, 2017.

| Attorneys | Hours | Amount |
|---|---|---|
| Arthur G. Simon (AGS) | 59.20 | $29,294.00 |
| David K. Welch (DKW) | 156.90 | $77,610.50 |
| Jeffrey C. Dan (JCD) | 1.20 | $534.00 |
| Brian P. Welch (BPW) | 252.80 | $77,440.00 |
| Total | 470.10 | $184,878.50 |

24. The hourly rates usually charged by those attorneys in matters of this nature were as follows:

| Attorneys | 2014 Rates | 2015 Rates | 2016 Rates | 2017 Rates |
|---|---|---|---|---|
| Arthur G. Simon (AGS) | $490.00 | $495.00 | $495.00 | $510.00 |
| David K. Welch (DKW) | $490.00 | $495.00 | $495.00 | $510.00 |
| Jeffrey C. Dan (JCD) | $415.00 | $420.00 | $430.00 | $445.00 |

7

| Brian P. Welch (BPW) | $295.00 | $300.00 | $310.00 | $325.00 |

**Legal Services Rendered to the Debtors**

25. The representation of the Debtors for the period commencing September 1, 2014 through November 16, 2017, are categorized in this Motion as follows:

A. **General Administration**
The matters in this category include assisting the Debtors with the general administration of this bankruptcy case and the Debtors' business operations and financial affairs, filing routine motions and filing professionals' fee applications.

**Total Time Expended**                               **59.10 hours**

| Attorneys | Hours 2014 | Hours 2015 | Hours 2016 | Hours 2017 | Amount |
|---|---|---|---|---|---|
| Arthur G. Simon (AGS) | 6.40 | 2.10 | | | $4,175.50 |
| David K. Welch (DKW) | 8.30 | 15.60 | 6.20 | 5.20 | $17,510.00 |
| Jeffrey C. Dan (JCD) | 1.20 | | | 1.20 | $534.00 |
| Brian P. Welch (BPW) | 8.00 | 5.50 | | .60 | $4,205.00 |
| Total | | | | | $26,424.50 |

Attached to this Motion as **Exhibit A** is an itemization of the legal services rendered in this category.

B) **Lattof Issues**
The Debtors litigated numerous issues with the Lattofs, including those involving lien avoidance and exemption issues which were eventually resolved by a settlement approved by order of this Court.

**Total Time Expended**                               **114.30 hours**

| Attorneys | Hours 2014 | Hours 2015 | Hours 2016 | Hours 2017 | Amount |
|---|---|---|---|---|---|
| Arthur G. Simon (AGS) | 1.30 | 21.00 | .40 | | $11,032.00 |
| David K. Welch (DKW) | 20.20 | 49.10 | 1.20 | .60 | 35,102.50 |
| Brian P. Welch (BPW) | 11.20 | 8.70 | 1.00 | | 6,224.00 |
| Total | | | | | $52,358.50 |

Attached to this Motion as **Exhibit B** is an itemization of the legal services rendered in this category.

8

C) **Chapter 11 Exit Strategy**
The matters in this category relate to internal office conferences and conferences with the Debtors with respect to resolving the issues necessary to propose and confirm a Plan of Reorganization.

**Total Time Expended**                                              **22.30 hours**

| Attorneys | Hours 2014 | Hours 2015 | Hours 2016 | Hours 2017 | Amount |
|---|---|---|---|---|---|
| Arthur G. Simon (AGS) | 2.30 | .80 | | 2.10 | $2,594.00 |
| David K. Welch (DKW) | 6.40 | 8.00 | | .60 | $7,402.00 |
| Brian P. Welch (BPW) | | 1.20 | .10 | .80 | $651.00 |
| Total | | | | | $10,647.00 |

Attached to this Motion as **Exhibit C** is an itemization of the legal services rendered in this category.

D) **BMO Harris Litigation**
The matters in this category include the objection of the Debtors to the Claim of BMO Harris, which objection was denied by the Bankruptcy Court and reversed by the District Court and is currently pending in the Seventh Circuit Court of Appeals.

**Total Time Expended**                                              **154.40 hours**

| Attorneys | Hours 2014 | Hours 2015 | Hours 2016 | Hours 2017 | Amount |
|---|---|---|---|---|---|
| Arthur G. Simon (AGS) | | .70 | 15.30 | 1.40 | $8,634.00 |
| David K. Welch (DKW) | .40 | 8.80 | 4.60 | 1.90 | $7,798.00 |
| Brian P. Welch (BPW) | | | 18.90 | 91.60 | 10.80 | 37,576.00 |
| Total | | | | | $54,008.00 |

Attached to this Motion as **Exhibit D** is an itemization of the legal services rendered in this category.

E) **Nahlawi Litigation**
Nahlawi filed a Complaint in this Court attempting to assert fraud and related claims against the Debtors stemming from a pre-petition judgment obtained by Door Properties LLC against Nahlawi. The Debtors filed a Motion to Dismiss Nahlawi's Complaint. Prior to filing the Complaint in this Court, Nahlawi attempted to obtain stay relief from this Court to proceed against

9

the Debtors in State Court. CHCD successfully defeated Nahlawi's Motion. This litigation has been resolved.

**Total Time Expended**      **154.40 hours**

| Attorneys | Hours 2014 | Hours 2015 | Hours 2016 | Hours 2017 | Amount |
|---|---|---|---|---|---|
| Arthur G. Simon (AGS) | 2.50 | 2.90 | .40 | | $2,858.50 |
| David K. Welch (DKW) | .60 | 19.20 | | | $9,798.00 |
| Brian P. Welch (BPW) | | | 48.00 | 46.40 | $28,784.00 |
| Total | | | | | $41,440.50 |

Attached to this Motion as **Exhibit E** is an itemization of the legal services rendered in this category.

26. During the course of the representation of the Debtors during the period commencing September 1, 2014 through November 16, 2017, CSCD incurred expenses of $3,789.33. These expenses are itemized in **Exhibit F** to this Motion.

27. It has come to the attention of CSCD that monthly operating reports filed by the Debtors contain mathematical errors. The Debtors' current counsel has indicated that the Debtors are working to correct such errors.

**Conclusion**

28. Other than as provided in Section 504(b) of the Bankruptcy Code, CSCD has not shared, nor agreed to share, any compensation received as a result of this case with any person, firm or entity.

29. CSCD asserts that the compensation and expense reimbursements are fair and reasonable. The compensation requested is for the actual and necessary legal services rendered to the Debtors based upon the time, nature, extent and value of such professional services. CSCD further asserts that the cost of legal services rendered for and on behalf of the Debtors is comparable to the cost of similar services in matters other than under the Bankruptcy Code.

CSCD asserts that the expenses for which reimbursement is sought in this Motion were actual and necessary expenditures required in the representation of the Debtors.

WHEREFORE, Arthur G. Simon, Jeffrey C. Dan and the law firm of Crane, Simon, Clar & Dan, Debtors' former counsel, request the entry of an Order:

A) Allowing as a Chapter 11 administrative claim, compensation and reimbursement of expenses for the period September 1, 2014 through November 16, 2017 in the amounts of $184,878.50 and $3,789.33;

B) Allowing as a Chapter 11 administrative claim, final compensation and reimbursement of expenses in the total amounts of $288,990.50 and $7,233.29;

C) Authorizing and directing the Debtors to pay the balance of the fees and expenses requested herein; and

D) for such other relief as this Court deems just.

Respectfully Submitted,

Crane, Simon, Clar & Dan,
Debtors' Former Counsel,

By:/s/Arthur G. Simon
    One of its Partners

**DEBTORS' FORMER COUNSEL:**
Arthur G. Simon (Atty No. 03124481)
Jeffrey C. Dan (Atty No. 06242750)
CRANE, SIMON, CLAR & DAN
135 S. LaSalle Street, Suite 3705
Chicago, Illinois 60603
(312) 641-6777
W:\AGS\Anderson, Carol - C.11\Final Fee Application.MOT.docx